IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-02258-WYD-MEH

PAMELA D. NODLAND and
CHRISTIAN S. NODLAND,

      Plaintiffs,

v.

ROSEMARY M. MURPHY, as Public Trustee of Montrose County, Colorado;
WELLS FARGO HOME MORTGAGE, INC., a California Corporation;
THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO J.P. MORGAN CHASE BANK N.A. AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE BACKED SECURITIES TRUST 2003-29, a Delaware corporation;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation;
CAPITAL ONE BANK, a national banking institution; and
INTERNAL REVENUE SERVICE OF THE UNITED STATES OF AMERICA

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      This matter was assigned to me after a removal from the state court on August 26, 2011.  A motion to dismiss, dated February 24, 2011, accompanied the removal.  After carefully reviewing the file in this matter, I find that many months have passed and various procedural events have occurred since the motion to dismiss was drafted.  Thus, the motion to dismiss (ECF No. 5) is **DENIED WITHOUT PREJUDICE**.

      Additionally, all parties are ordered to review and comply with all directives contained in both this Court's Local Rules and My Practice Standards for all future filings and proceedings.

      Dated:  September 1, 2011.