IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02258-WYD-MEH

PAMELA D. NODLAND and
CHRISTIAN S. NODLAND,

     Plaintiffs,

v.

ROSEMARY M. MURPHY, as Public Trustee of Montrose County, Colorado;
WELLS FARGO HOME MORTGAGE, INC., a California Corporation;
THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO J.P. MORGAN CHASE BANK N.A. AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE BACKED SECURITIES TRUST 2003-29, a Delaware Corporation;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation;
CAPITAL ONE BANK, a national banking institution; and
INTERNAL REVENUE SERVICE OF THE UNITED STATES OF AMERICA,

     Defendants.

**ORDER GRANTING STIPULATION BY AND BETWEEN PLAINTIFF
AND DEFENDANT INTERNAL REVENUE SERVICE
OF THE UNITED STATES OF AMERICA**

THIS MATTER comes before the Court on the Stipulation By and Between Plaintiffs and Defendant Internal Revenue Service of the United States of America (ECF No. 14), filed September 29, 2011.  After carefully reviewing the above-captioned case and being fully advised in the premises, I find that the stipulation should be approved.

Accordingly, it is

    ORDERED as follows:

    1.    The property, which is the subject of this action, is described in the First Amended Complaint (Doc. 2) as:

> LOT 28, AMENDED PLAT OF RIVER ESTATES SUBDIVISION FILING NO. 1, ARE-SUBDIVISION OF UNCOMPAHGRE PARK SUBDIVISION, FILING NO. 1, AS SHOWN BY PLAT RECORDED APRIL 1, 1986 IN PLAT BOOK 12 AT PAGE 626, COUNTY OF MONTROSE, STATE OF COLORADO

which currently has the address of 67990 Tulare Road, Montrose, CO 81403 (the "Property").

    2.    The United States claims an interest in the Property based on a Notice of Federal Tax Lien filed with the Montrose County Clerk and Recorder, IRS Serial No. 240675505, recorded August 9, 2005, at Reception No. 741877 (the "United States' Lien").

    3.    The United States' Lien is for income taxes owed by the Plaintiffs. The IRS claims the balance due on the United States' Lien is $99,361.03, computed to November 1, 2011.

    4.    Plaintiffs have a tax obligation and the United States' Lien is contingent of ownership in the Property.

    5.    The Plaintiffs' tax obligation is not conditioned on the Plaintiffs' ownership

of the Property, and the tax obligation remains until paid.

6. The Parties stipulate that there are no further obligations by the United States to participate in this litigation, unless otherwise specified by the Court.

7. Each party shall bear its own attorney's fees and costs of litigation with respect to this Stipulation.

Dated:  October 3, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge